the Guidelines were advisory, we remand to the sentencing judge to proceed pursuant to *United States v. Ameline*, 409 F.3d 1073, 1084–85 (9th Cir.2005) (en banc). *See United States v. Moreno–Hernandez*, 419 F.3d 906, 915–16 (9th Cir.2005) (extending *Ameline*'s limited remand procedure to cases involving non-constitutional error).

REMANDED.

MEMORANDUM **

Federal prisoner Luz Dary Avila appeals the 63–month sentence imposed following her guilty-plea conviction for robbery and conspiracy to interfere with commerce by robbery, in violation of 18 U.S.C. § 1951. We have jurisdiction under 28 U.S.C. § 1291.

We remand the sentence for further proceedings consistent with *United States v. Ameline*, 409 F.3d 1073, 1084–85 (9th Cir.2005) (en banc).

**REMANDED.**

UNITED STATES of America,
Plaintiff—Appellee,

v.

Luz Dary AVILA, Defendant—
Appellant.

No. 03–50450.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 5, 2005.*

Decided Dec. 12, 2005.

Jadir A. MILLER, Petitioner—
Appellee,

v.

Diana K. BUTLER, Warden,
Respondent—Appellant.

No. 03–56723.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 5, 2005.*

Decided Dec. 12, 2005.

Before: GOODWIN, W. FLETCHER, and FISHER, Circuit Judges.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

Before: GOODWIN, W. FLETCHER and FISHER, Circuit Judges.

courts of this circuit except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).